UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.	CRIMINAL NO. 1:16cr94HSO-RHW-2

SHELLEY H. RAY

ORDER GRANTING MOTION TO DISMISS INDICTMENT AND CASE AGAINST SHELLEY H. RAY

On Motion [40] of the United States Attorney pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss with prejudice the Indictment and case in Criminal No. 1:16cr94HSO-RHW against the Defendant, SHELLEY H. RAY, the Court finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Indictment and case in Criminal No. 1:16cr94HSO-RHW against the Defendant, SHELLEY H. RAY, is hereby dismissed with prejudice.

This the 13th day of April, 2017.

*s/Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE